FILED
IN COURT
CHARLOTTE, N. C.

FEB 13 2007

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:07CR 3-T |
| | ) | |
| | ) | BILL OF INDICTMENT |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| | ) | 18 U.S.C. § 2422(b) |
| JAMES RANDAL COPE | ) | 18 U.S.C. § 2252(a)(2) |
| aka "rc5_20012000" | ) | |
| | ) | |

THE GRAND JURY CHARGES:

## COUNT ONE

Between on or about October 13, 2006 and October 16, 2006, in the Western District of North Carolina and elsewhere,

JAMES RANDAL COPE aka "rc5_20012000"

being over the age of 18-years, did knowingly, by means of a facility of interstate and foreign commerce, that is, by computer via the Internet, attempt to persuade, induce, entice, and coerce an individual known to the Defendant as "misty," an individual whom the Defendant believed had not attained the age of 18 years, to engage in sexual activity for which a person could be charged with a criminal offense under the laws of the State of North Carolina, that is, the crimes of first degree statutory rape, which would be a violation of Chapter 14-27.2(a)(1) of the General Statutes, first degree sexual offense, which would be a violation of Chapter 14-27.4(a)(1) of the General Statutes and taking indecent liberties with children, which would be a violation of Chapter 14-202.1 of the General Statutes.

In violation of Title 18, United States Code, Section 2422(b).

## COUNTS TWO AND THREE

On or about June 29, 2006, in Macon County, within the Western District of North Carolina, and elsewhere,

JAMES RANDAL COPE aka "rc5_20012000"

defendant herein, knowingly received a visual depiction that had been mailed, or shipped or transported in interstate or foreign commerce, or which contained materials which had been mailed or so shipped or transported, by any means including by computer, the producing of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such depiction was of such conduct, that is: JAMES RANDAL COPE aka "rc5_20012000" received the computer files indicated below which contained visual depictions of minors under the age of 18 years engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2):

| Count No. | File name |
|---|---|
| 2 | S2YE8byKUko7bT5tlyKYw– _m.jpg |
| 3 | tboM7aaKP21tQ943vGVizQ–m.jpg |

Each of which is a separate violation of Title 18, United States Code, Section 2252(a)(2).

A TRUE BILL

GRETCHEN C.F. SHAPPERT
United States Attorney

KIMLANI M. FORD
Assistant United States Attorney